# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3216

_____

United States of America

*Plaintiff - Appellee*

v.

David Jerome Tensley, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: May 24, 2013
Filed: May 31, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

David Tensley directly appeals the sentence the district court[1] imposed after revoking his supervised release. His counsel has moved to withdraw and has filed a brief questioning the substantive reasonableness of Tensley's revocation sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable revocation sentence. See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (discussing standards and procedures for reviewing district court's sentencing decision upon revocation of supervised release). Accordingly, we affirm. We also grant counsel's motion to withdraw.

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.